Idaho Evaporating Company, appellee, v. A. H. Welch and H. C. Welch, trading as Welch & Welch, appellants. Gen. No. 30,307.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Stewart Reed Brown, for appellants. S. F. Block, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.